**Order entered April.13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00852-CR

**EARNEST E. STARNES III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-20976-V**

## ORDER

The Court **REINSTATES** the appeal.

On March 28, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed and whether a new court reporter was required to transcribe the proceedings. We **ADOPT** the findings that: (1) court reporter Robin Washington transcribed the proceedings; and (2) Ms. Washington would file the reporter's record by March 28, 2016. We received the reporter's record on March 28, 2016 and we **ORDER** it filed as of the date of this order.

Ms. Washington did not include State's Exhibit nos. 1 and 11, CDs, with the record when she filed it. Accordingly, we **ORDER** court reporter Robin Washington file, by **APRIL 19, 2016**, a supplemental reporter's record containing State's Exhibit nos. 1 and 11.

Appellant's brief is due by May 19, 2016.

We **DIRECT** the Clerk to send copies of this order to court reporter Robin Washington and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE